**Honorable Rea BOYLAND, Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania Board of Probation and Parole; Raymond J. Sobina, Shelly L. Thompson, Respondents.**

**No. 149 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 8, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of November, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus and/or Writ of Prohibition and Application for an Immediate Hearing are denied. The judges' names are to be stricken from the caption.

■

**CITY OF PHILADELPHIA, Appellee,**

v.

**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 33, LOCAL 1637, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 15, 2007.

Decided Nov. 8, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby VACATED. The Commonwealth Court is hereby ordered to remand the matter to the Court of Common Pleas of Philadelphia County, to remand the matter to Arbitrator Elliott Newman, consistent with his award retaining jurisdiction in the matter, for further proceedings to address unresolved remedial issues and to determine and calculate damages.

Jurisdiction relinquished.